No. 16-1023

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff -Appellee,

v.

MARCUS HARRIS,
Defendant-Appellants.

Appeal From The United States District Court
For The Northern District of Illinois,
Case No. 13-cr-952-3
The Honorable Judge Charles P. Kocoras

APPELLANT'S DOCKETING STATEMENT

PURSUANT TO CIRCUIT RULE 3(C)(1), the Appellant, Marcus Harris, by his counsel, Paúl Camarena, respectfully files this Docketing Statement.

1. Title 18 of the United States Code, Section 3231, bestows upon the District Court jurisdiction over controversies involving, *inter alia*, 8 U.S.C. § 1951 and 18 U.S.C. § 924. A Grand Jury charged the Appellant with having violated those statutes (R. 130).
2. The Appellant pleaded guilty, the District Court imposed sentence, and, on 12/23/15, the District Court entered the judgment (R. 257).
3. Title 18 of the United States Code, Section 3742(a), 28 U.S.C. §§ 1291 and 1294(1), and Federal Rule of Appellate Procedure 4(b)(1)(A)(i) bestow upon the United States Court of Appeals for the Seventh Circuit jurisdiction over timely appeals from final decisions of the District Court. On 01/04/16, the Appellant timely filed his Notice of Appeal (R. 259).

Respectfully submitted,
Appellant's, Marcus Harris', Counsel
*/s/ Paúl Camarena*
Paúl Camarena, Esq.
500 S. Clinton, No. 132
Chicago, IL 60607
paulcamarena@paulcamarena.com
(312) 493-7494

No. 16-1023

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

**UNITED STATES OF AMERICA,**
**Plaintiff -Appellee,**

**v.**

**MARCUS HARRIS,**
**Defendant-Appellants.**

**Appeal From The United States District Court
For The Northern District of Illinois,
Case No. 13-cr-952-3
The Honorable Judge Charles P. Kocoras**

**CERTIFICATE OF SERVICE**

 The Appellant's, Marcus Harris', counsel, Paúl Camarena, certifies that, on Friday January 8, 2016, he filed this document with the U.S.Ct.Apps. 7th Cir. ECF system, which will electronically serve this document on the Appellee's counsel.

 Respectfully submitted,
 Appellant's, Marcus Harris', Counsel
 */s/ Paúl Camarena*
 Paúl Camarena, Esq.
 500 S. Clinton, No. 132
 Chicago, IL 60607
 PaulCamarena@PaulCamarena.Com
 (312) 493-7494