**No. 16-1023**

**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

**UNITED STATES OF AMERICA,**
**Plaintiff -Appellee,**

**v.**

**MARCUS HARRIS,**
**Defendant-Appellants.**

**Appeal From The United States District Court**
**For The Northern District of Illinois,**
**Case No. 13-cr-952-3**
**The Honorable Judge Charles P. Kocoras**

**APPELLANT'S MOTION TO CONTINUE OPENING BRIEF DUE DATE**

The Appellant, Marcus Harris, by his counsel, Paúl Camarena, respectfully moves this Honorable Court to continue his opening brief due date and the Appellant, in support, states as follows:

The Court set the Appellant's opening brief due date for next Tuesday February 16, 2016. However, the Appellant's counsel received the district court transcripts just yesterday, Monday February 8, 2016. The Appellant's counsel would need more than one week to review the transcripts and to effectively represent his client. The Appellant has not previously requested any continuance.

Wherefore, the Appellant respectfully moves the Court to continue his opening brief due date by 60 days.

Respectfully submitted,
Appellant's, Marcus Harris', Counsel
*/s/ Paúl Camarena*

Paúl Camarena, Esq.
500 S. Clinton, No. 132
Chicago, IL 60607
paulcamarena@paulcamarena.com
(312) 493-7494

**No. 16-1023**

**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

**UNITED STATES OF AMERICA,**
**Plaintiff -Appellee,**

**v.**

**MARCUS HARRIS,**
**Defendant-Appellants.**

**Appeal From The United States District Court**
**For The Northern District of Illinois,**
**Case No. 13-cr-952-3**
**The Honorable Judge Charles P. Kocoras**

**APPELLANT'S COUNSEL'S AFFIDAVIT IN SUPPORT OF**
**HIS MOTION TO CONTINUE BRIEF DUE DATE**

I, Paúl Camarena, being first sworn on oath, state as follows:

The Court set the Appellant's opening brief due date for next Tuesday February 16, 2016. However, I received the district court transcripts just yesterday, Monday February 8, 2016. I would need more than one week to review the transcripts and to effectively represent my client. I have not previously requested any continuance.

.\

FURTHER AFFIANT SAYETH NOT.
*/s/ Paúl Camarena 02/09/16*

Paúl Camarena, Esq.
500 So. Clinton, No. 132
Chicago, IL 60607
PaulCamarena@PaulCamarena
(312) 493-7494

**No. 16-1023**

**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

**UNITED STATES OF AMERICA,**
**Plaintiff -Appellee,**

**v.**

**MARCUS HARRIS,**
**Defendant-Appellants.**

**Appeal From The United States District Court**
**For The Northern District of Illinois,**
**Case No. 13-cr-952-3**
**The Honorable Judge Charles P. Kocoras**

**CERTIFICATE OF SERVICE**

The Appellant's, Marcus Harris', counsel, Paúl Camarena, certifies that, on Tuesday February 9, 2016, he filed this document with the U.S.Ct.Apps. 7th Cir. ECF system, which will electronically serve this document on the Appellee's counsel.

Respectfully submitted,
Appellant's, Marcus Harris', Counsel
*/s/ Paúl Camarena*

Paúl Camarena, Esq.
500 S. Clinton, No. 132
Chicago, IL 60607
PaulCamarena@PaulCamarena.Com
(312) 493-7494